UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:23-CR-0005-01 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| BRIAN D COMEAUX (01) | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 14] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the official transcript [doc. 5] and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count 1 of the Bill of Information.

Sentencing is set for April 13, 2023 at 10:00 a.m., before the undersigned in Lake Charles, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 28th day of February, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE